BARSHAY SANDERS, PLLC
100 Garden City Plaza
Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 113042
*Attorneys for Plaintiff*

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 04 2018 ★

LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Andrew Goldstein,

        Plaintiff,

-against-

Independent Recovery Resources, Inc.,

        Defendant.

Docket No: 2:18-cv-01264-JFB-AKT

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that the above captioned action is voluntarily dismissed with prejudice against the defendant.

Dated: August 27, 2018

*The Clerk of the court shall close the case.*

BARSHAY SANDERS, PLLC

By: /s Craig B. Sanders
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *ConsumerRights@BarshaySanders.com*
Our File No: 113042
*Attorneys for Plaintiff*

SO ORDERED
Joseph Bianco

Joseph F. Bianco
USDJ
Date: Sept. 4, 20 18
Central Islip, N.Y.